1  ROBERT LAMANUZZI, SBN 213673
2  Attorney at Law
   1330 L Street, Suite D
3  Fresno, CA 93721
   (559) 492-0009
4

5

6
                    UNITED STATES DISTRICT COURT
7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,              Case No. 1:24-cr-00126-DAD-BAM-2

10         Plaintiff,                     STIPULATION AND ORDER TO
                                          CONTINUE SENTENCING
11     v.

12 DONNIE HICKS,

13         Defendant.

14

15
       IT IS HEREBY STIPULATED by and between the parties hereto through their respective
16
   counsel, ROBERT LAMANUZZI, attorney for Defendant DONNIE HICKS and ROBERT
17
   VENEMAN-HUGHES, Assistant U.S. Attorney for The Government, that the hearing currently
18
   scheduled for AUGUST 11TH, 2025, at 10:00 a.m. shall be continued until OCTOBER 6TH, at
19
   9:30 a.m.
20
       1. Defendant, Donnie Hicks, is scheduled for sentencing on AUGUST 11TH, 2025.
21
       2. Defendant's sentencing was set approximately one month earlier than Probation
22
          requested in order to accommodate Defendant's medical situation.
23
       3. Defendant's medical situation has improved, and Defendant is no longer wishing to
24
          rush Probation nor Defense Counsel in the preparation of the PSR or his sentencing.
25
       4. Probation informed Defense Counsel that completing the PSR process on the current
26
          timetable would be difficult.
27
       5. There is no objection by the Government to the continuance,
28
                                          1

6. The parties request a resetting of the PSR deadlines as follows:

    a. Draft PSR due August 25th, 2025,

    b. Informal Objections due September 8th, 2025,

    c. Final PSR due September 15th, 2025,

    d. Formal Objections due September 22nd, 2025,

Dated: June 9th, 2025,                                    Respectfully submitted,

                                                   /s/Robert Lamanuzzi
                                                ROBERT LAMANUZZI
                                                Attorney for Defendant,
                                                Donnie Hicks

Dated: June 9th, 2025,                                    Respectfully submitted,

                                                 /s/Robert Veneman-Hughes
                                                ROBERT VENEMAN-HUGHES
                                                Assistant U.S. Attorney

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing for the above-named defendant, currently scheduled for AUGUST 11TH, at 10:00 a.m., is continued until OCTOBER 6TH, at 9:30 a.m., before Chief Judge Troy L. Nunley in Fresno and the PSR related schedule is reset as follows:

/////

/////

/////

/////

/////

Draft PSR due August 25th, 2025

Informal Objections due September 8th, 2025,

Final PSR due September 15th, 2025,

Formal Objections due September 22nd, 2025

IT IS SO ORDERED.

Dated: **June 11, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE