ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 492-0009

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DONNIE HICKS,<br><br>        Defendant. | Case No. 1:24-cr-00126-DAD-2<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant DONNIE HICKS and ROBERT VENEMAN-HUGHES, Assistant U.S. Attorney for The Government, that the hearing currently scheduled for OCTOBER 6th, 2025, at 9:30 a.m. shall be continued until NOVEMBER 3rd, at 10:00 a.m.

1. Defendant, Donnie Hicks, is scheduled for sentencing on OCTOBER 6th, 2025,
2. Defendant has informed his counsel that he has two important medical examinations coming up,
3. Defendant, nor his counsel, are privy to the exact dates of these appointments due to security issues. However, Defendant expects them to occur before November 2025,
4. The Co-defendants, including defendant's brother, are currently scheduled for sentencing on NOVEMBER 3rd, 2025.
5. Defendant prays to be sentenced on the same day as his brother, McCael Marshall, to

1

allow their family to attend both hearings on the same day.

6. There is no objection by the Government to the continuance.

Dated: September 11th, 2025,                                   Respectfully submitted,

  /s/Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant,
Donnie Hicks

Dated: September 11th, 2025,                                   Respectfully submitted,

  /s/Robert Veneman-Hughes
ROBERT VENEMAN-HUGHES
Assistant U.S. Attorney

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing for the above-named defendant, currently scheduled for OCTOBER 6, 2025, at 9:30 a.m., is continued until NOVEMBER 3, 2025, at 10:00 a.m., in Courtroom 5 in Fresno.

IT IS SO ORDERED.

Dated:  **September 11, 2025**                              _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2