1  ROBERT LAMANUZZI, SBN 213673
   Attorney at Law
2  1330 L Street, Suite D
   Fresno, CA 93721
3  (559) 492-0009
4

5

6
                    UNITED STATES DISTRICT COURT
7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,           Case No. 1:24-cr-00126-DAD

10           Plaintiff,                 STIPULATION AND PROPOSED ORDER
                                        TO CONTINUE SENTENCING
11      v.

12 DONNIE HICKS,

13           Defendant.

14

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17 counsel, ROBERT LAMANUZZI, attorney for Defendant DONNIE HICKS and ROBERT

18 VENEMAN-HUGHES, Assistant U.S. Attorney for The Government, that the hearing currently

19 scheduled for November 3rd, 2025, at 10:00 a.m. shall be continued until February 9th, 2026, at

20 10:00 a.m.

21     1. Defendant, Donnie Hicks, is scheduled for sentencing on NOVEMBER 3RD, 2025,

22     2. Defendant has informed his counsel that he has recently seen his eye specialist and has

23        been referred to another specialist regarding his eye.

24     3. Defendant, nor his counsel, are privy to the exact date of this appointment due to

25        security issues. However, Defendant expects to see his new specialist before February,

26        2026,

27     4. The Co-defendant, McCael Marshall is defendant's brother, and is scheduled for

28        sentencing on FEBRUARY 9th, 2026.

                                            1

5. Defendant prays to be sentenced on the same day as his brother, McCael Marshall, to allow their family to attend both hearings on the same day.

6. There is no objection by the Government to the continuance.

Dated: October 27th, 2025,					Respectfully submitted,

  /s/Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant,
Donnie Hicks

Dated: October 27th, 2025,					Respectfully submitted,

  /s/Robert Veneman-Hughes
ROBERT VENEMAN-HUGHES
Assistant U.S. Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing for the above-named defendant, currently scheduled for NOVEMBER 3rd, 2025, at 10:00 a.m., is continued until FEBRUARY 9th, 2026, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 28, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2