ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 492-0009

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONNIE HICKS,<br><br>　　　　　Defendant. | **Case No.  1:24-cr-00126-DAD-EPG-2**<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant DONNIE HICKS and ROBERT VENEMAN-HUGHES, Assistant U.S. Attorney for The Government, that the hearing currently scheduled for May 4th, 2026, at 9:300 a.m. shall be continued until June 15th, 2026, at 10:00 a.m.

1. Defendant, Donnie Hicks, is scheduled for sentencing on May 4th, 2026, at 9:30 a.m.,

2. Defendant has informed his counsel he recently had a further follow up with his eye specialist,

3. Defendant has informed his counsel he needs surgery as soon as possible on his eye,

4. Defendant has informed his counsel the Fresno County Jail has received a referral to find the Defendant an eye surgeon,

5. Defendant is requesting his sentencing be continued to June 15th, 2026, in order to allow time for his pending eye surgery and receive continuity of care.

1

6.  The Co-defendant, McCael Marshall is defendant's brother, and is scheduled for sentencing on June 15th, 2026,

7.  Defendant prays to be sentenced on the same day as his brother, McCael Marshall, to allow their family to attend both hearings on the same day,

8.  There is no objection by the Government to the continuance.

Dated: April 15th, 2026                          Respectfully submitted,


                                                 _/s/Robert Lamanuzzi__
                                                 ROBERT LAMANUZZI
                                                 Attorney for Defendant,
                                                 Donnie Hicks


Dated: April 15th, 2026                          Respectfully submitted,


                                                 _/s/Robert Veneman-Hughes
                                                 ROBERT VENEMAN-HUGHES
                                                 Assistant U.S. Attorney


**ORDER**

Good cause appearing, the sentencing hearing for the above-named defendant, currently scheduled for MAY 4TH, 2026, at 9:30 a.m., is continued until JUNE 15TH, 2026, at 10:00 a.m., in Fresno in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **April 16, 2026**          _____
                                    DALE A. DROZD
                                    UNITED STATES DISTRICT JUDGE